UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| TRINA D. MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:15 CV 156 CDP |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Plaintiff Trina D. Morris filed this case on September 3, 2015, appealing the denial of her applications for Disability Insurance Benefits and Supplemental Security Income. I reversed and remanded the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on September 6, 2016.

Plaintiff now seeks attorney's fees in the amount of $5,875.99, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The Commissioner does not object to plaintiff's request. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees and costs, I find that she is entitled to an award in the amount requested.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [28] is **GRANTED**, and plaintiff shall recover attorney's fees in the amount of Five Thousand Eight Hundred Seventy Five and 99/100 dollars ($5,875.99).

**IT IS FURTHER ORDERED** that the award shall be made payable to Kristen N. Van Fossan, pursuant to the Assignment of Federal Court EAJA Attorney Fee executed by the plaintiff in this case (*see* ECF #29-3) unless plaintiff has a pre-existing debt owed to the United States, in which case the award shall be made payable to the plaintiff and shall be subject to offset to satisfy such debt.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of December, 2016.